UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES TRACK & FIELD AND CROSS COUNTRY COACHES ASSOCIATION | CIVIL ACTION |
| VERSUS | NO: 24-2736 |
| FLOSPORTS, INC., ET AL | SECTION: A(2) |

## ORDER

The plaintiff was ordered to show cause on or before March 31, 2025, why the defendants, Flosports Inc. and Directathletics Inc., should not be dismissed for failure to prosecute.

The plaintiff responded on March 31, 2025, with an amended complaint (rec. doc. 6) and notice of compliance (rec. doc. 7). The notice of compliance indicated that the defendants have been provided with waivers of service via email and certified mail.

Accordingly, **IT IS ORDERED** that this matter is passed for 30 days to allow for the waivers of service to be filed or, alternatively, summons to be issued.

New Orleans, Louisiana, this 7th day of April, 2025.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE