# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Louisiana

Case Number: 2:24-CV-2736-JCZ-JVM A(1)

Plaintiff: **UNITED STATES TRACK & FIELD AND CROSS-COUNTRY COACHES ASSOCIATION**

vs.

Defendant: **FLOSPORTS INC and DIRECTATHLETICS INC**

HTG2025002758

For:
Alex P. Tilling, Esq.
Leake & Andersson, LLP
1100 Poydras Street
Suite 1700
New Orleans, LA 70163

Received by Michelle Howard on the 1st day of May, 2025 at 3:29 pm to be served on **DIRECTATHLETICS INC C/O REGISTERED AGENTS INC, REGISTERED AGENT, 7901 4TH STREET NORTH, SUITE 300, ST. PETERSBURG, FL 33702**.

I, Michelle Howard, do hereby affirm that on the **2nd day of May, 2025** at **10:45 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT AND OTHER RELIEF with EXHIBITS; AMENDED COMPLAINT FOR DECLARATORY JUDGMENT, DAMAGES, AND OTHER RELIEF with EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Sarah Winters** as **Designated Agent**, at the address of: **7901 4th St. N,, Ste 300, St. Petersburg, FL 33702**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Caucasian, Height: 5'8", Weight: 195, Hair: Light Brown, Glasses: N

If a description of the party served is provided, please note all information provided is approximate. F.S. 48.021(1)(Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server or authorized to serve process in the judicial circuit, county, or state where service was effectuated. F.S. 92.525 Under penalties of perjury, I declare that I have read the foregoing affidavit/proof of service and that the facts stated in it are true.(No Notary Required) (Services of subpoenas F.S. 48.021(1) (Rule 1.410 ) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. (Out of State/Foreign Process in accordance with F.S. 48.194 by any person authorized to server process in the state where the person or entity is served) Notary Required.

_Michelle Howard_ (signature)

**Michelle Howard**
APS 28364 / CPS 20-705384

**Heritage Process, LLC***
**3807 Belmont Blvd.**
**Sarasota, FL 34232**
**(941) 780-1063**

Our Job Serial Number: HTG-2025002758

```
DELIVERED   05/02/2025 10:45 AM
SERVER      MH
LICENSE     APS 28364 / CPS
            20-705384
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States Track & Field and Cross-Country Coaches Association *Plaintiff(s)* v. Flosports Inc and Directathletics Inc. *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:24-cv-2736-JCZ-JVM  A(1) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DirectAthletics Inc
through Registered Agent for Service
Registered Agents Inc
7901 4 Street N Suite 300
St Petersburg FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew McCluer, Esq
Claire DiMaria Esq
Leake Andersson LLP
1100 Poydras Street, Suite 1700, New Orleans, LA 70163
Phone: 504-585-7500
Email: mmccluer@leakeandersson.com; cdimaria@leakeandersson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: Apr 30 2025

Deputy clerk's signature