# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES TRACK & FIELD AND CROSS COUNTRY COACHES ASSOCIATION<br>    Plaintiff, | * * * * * * | Civil Action No.:<br>2:24-cv-2736-JCZ-JVM |
| VERSUS | * * | District Judge : Zainey |
| FLOSPORTS, INC. AND DIRECTATHLETICS, INC.<br>    Defendants. | * * * * | Magistrate Judge: van Meerveld<br><br>JURY DEMANDED |

***********************************************************************

## MOTION FOR LEAVE TO SUPPLEMENT THE RECORD OF
## RULE 12(B)(3) MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)

Defendants FloSports, Inc. ("FloSports") and DirectAthletics, Inc. ("DA") (collectively "Defendants"), through undersigned counsel, respectfully request leave to supplement the record in support of their Motion to Transfer Venue Under (R. Doc. No. 17) ("Transfer Motion").

Specifically, Defendants seek leave to submit a declaration from David Stelnik, Vice President of Business Development for FloSports and the CEO and Co-Founder of DA. His declaration and its attached exhibits show that U.S. Track & Field and Cross Country Coaches Association ("USTFCCCA") has a "director" account on the Track & Field Results Reporting System ("TFRRS") website, that the TFRRS website has required director account registrants to click a box acknowledging and agreeing to the Terms of Use on the TFRRS website ("Terms of Use") when creating their account since its launch, and that the Terms of Use in place when the website launched included the forum selection clause at issue in the Transfer Motion.

Defendants respectfully submit there is good cause for this supplementation because (1) the information this witness provides is important to the venue analysis; (2) Plaintiff presented

incorrect facts regarding whether or not USTFCCCA is an account holder on the TFRRS website and whether it agreed to the Terms of Use, and (3) USTFCCCA will not be prejudiced because this declaration only serves to support the facts that Defendants have already asserted in their Memorandum in Support and Reply Memorandum in Support of the Transfer Motion.

    Defendants believe this Court can rule on the papers in front of it, but are prepared to participate in jurisdictional discovery supporting transfer of this case to the United States District Court for the District of Massachusetts if the Court finds it necessary to do so.

                                                Respectfully submitted,

                                               */s/ Lesli Harris*  
                                               Lesli D. Harris (La. Bar #28070)  
                                               **KELLY HART PITRE**  
                                               400 Poydras Street, Suite 1812  
                                               New Orleans, LA. 70130  
                                               Telephone: (504) 434-6727  
                                               Facsimile: (504) 434-1813  
                                               Lesli.harris@kellyhart.com  
                                               ***Attorney for Defendants***  
                                               ***FloSports, Inc. and DirectAthletics, Inc.***

## CERTIFICATE OF SERVICE

    I certify that on the 24th day of July, 2025, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                                               */s/ Lesli Harris*