UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES TRACK & FIELD AND CROSS COUNTRY COACHES ASSOCIATION<br>Plaintiff, | * * * * * * | Civil Action No.:<br>2:24-cv-2736-JCZ-JVM |
| VERSUS | * * | District Judge : Zainey |
| FLOSPORTS, INC. AND DIRECTATHLETICS, INC.<br>Defendants. | * * * * | Magistrate Judge: van Meerveld<br><br>JURY DEMANDED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **DECLARATION REGARDING TFRRS' TERMS OF USE**

I, David Stelnik, hereby declare, under penalty of perjury under the laws of the United States, as follows:

1. I am over eighteen years of age, of sound mind, and am competent to make this declaration. I have personal knowledge of the facts stated herein, and, if called upon to testify, I could competently testify under oath to such facts.

2. I work as a VP of Business Development for FloSports, Inc, and worked as CEO and Co-Founder at DirectAthletics, Inc. prior to its acquisition by FloSports, Inc. I was in that position for 23 years. As CEO and Co-Founder at DirectAthletics, Inc., I oversaw and approved the content published on the Track & Field Results Reporting System ("TFRRS") website.

3. As the VP of Business Development for FloSports, Inc., I have access to general account information of our registered users.

4. I searched for the U.S. Track & Field and Cross Country Coaches Association's ("USTFCCCA") account on the TFRRS website, and took screenshots of its

account information. That information is attached as **Exhibit 1.**

5.     The TFRRS website includes multiple account types for registrants, such as athletes, coaches, timers, and meet directors. USTFCCCA holds a "director" account as demonstrated in **Exhibit 1.** USTFCCCA's TFRRS account is held by Tom Lewis, the Director of Media, Broadcasting, and Analytics for USTFCCCA. and, based on information pulled from our database, was created between the launch of the TFRRS website in October 2009 and March 2010.

6.     This account type requires that the registrant click a box acknowledging and agreeing to the Terms of Use on the TFRRS Website.

7.     I also accessed the archived version of the TFRRS website from January 2010 and December 2011 using Archive.org and took screenshots. To sign up for a "director" account on both of those versions of the TFRRS website, the registrant also had to click a box acknowledging and agreeing to the Terms of Use on the TFRRS Website. Those screenshots are attached as **Exhibit 2**.

8.     When the TFRRS website launched in 2009, the Terms of Use included the same forum selection clause referenced in the Motion to Transfer Under 28 U.S.C. § 1404(a), which selects Massachusetts as the exclusive jurisdiction and venue for all disputes arising out of or related to the use of the website. That version of the Terms of Use is attached as **Exhibit 3.** While some minor changes have been made to the Terms of Use since TFRRS launched, it still included the forum selection clause in the version from April 2023. That version of the Terms of use is attached as **Exhibit 4.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 24, 2025

_____
David Stelnik

| | | | | |
|---|---|---|---|---|
| Username | lewistv | Time | Meet | Teams |
| Password | ███████ | | | |
| Email | tom@ustfccca.org | | | |
| First Name | Tom | | | |
| Last Name | Lewis | | | |
| Address 1 | 1100 Poydras | | | |
| Address 2 | Suite 1750 | | | |
| City | New Orleans | | | |
| State | LA | | | |
| Zip | 70163 | | | |
| Phone | 5045998904 | | | |
| Name | Tom Lewis | | | |
| Public Email | tom@ustfccca.org | | | |
| Cross Country | True | | | |
| Track & Field: Meet Manager | True | | | |

EXHIBIT 1

| Username | Mode | Email | Name | Teams |
|---|---|---|---|---|
| lewistv | director | tom@ustfccca.org | Tom Lewis | None. |

The Wayback Machine - https://web.archive.org/web/20100112072551/http://www.tfrrs.org:80/create_account…

- USERNAME:
- ••••••••
- 
- [forgot your login info?](#)
- [Create New Coach Account](#)

January 12 2010

[TFRRS](#)

[Meet Director / Timer Information](#)

- [Home](#)
- [Conferences](#)
  - [NCAA Division I](#)
    - [DI Conferences A-B](#)
      - [ACC](#)
      - [America East](#)
      - [Atlantic 10](#)
      - [Atlantic Sun](#)
      - [Big 12](#)
      - [Big East](#)
      - [Big Sky](#)
      - [Big South](#)
      - [Big Ten](#)
      - [Big West](#)
    - [DI Conferences C-L](#)
      - [Colonial](#)
      - [Conference USA](#)
      - [Great West](#)
      - [Heptagonals](#)
      - [Horizon](#)
      - [Ivy League](#)
    - [DI Conferences M-O](#)
      - [Metro Atlantic](#)
      - [Mets](#)
      - [Mid-American](#)
      - [Mid-Eastern](#)
      - [Missouri Valley](#)
      - [Mountain West](#)
      - [MPSF](#)
      - [NEC](#)
      - [NEICAAA](#)
      - [Ohio Valley](#)
    - [DI Conferences P-Z](#)
      - [Pac-10](#)
      - [Patriot League](#)
      - [SEC](#)
      - [Southern Conference](#)
      - [Southland Conference](#)
      - [Sun Belt](#)
      - [SWAC](#)

**EXHIBIT 2**

- The Summit League
- WAC
- WCC
- NCAA Division II
  - DII Conferences A-K
    - CCAA
    - Central Intercollegiate
    - Conference Carolinas
    - ECAC DIII
    - GLIAC
    - GNAC
    - Great Lakes Valley Conference
  - DII Conferences L-N
    - Lone Star Conference
    - Mets
    - MIAA
    - NEICAAA
    - Northeast-10
    - Northern Sun
  - DII Conferences O-Z
    - PSAC
    - Rocky Mountain AC
    - SIAC
    - SUNYAC
    - WVIAC
- NCAA Division III
  - DIII Conferences A-D
    - American Southwest Conference
    - Capital Athletic Conference
    - CCIW
    - Centennial Conference
    - CUNYAC
    - DIII New England
  - DIII Conferences E-L
    - ECAC DIII
    - Empire 8
    - Heartland Collegiate AC
    - Iowa Intercollegiate AC
    - Landmark Conference
    - Liberty League
    - Little East Conference
  - DII Conferences M
    - MASCAC
    - Mason-Dixon Conference
    - Mets
    - Michigan Intercollegiate AC
    - Middle Atlantic Conferences
    - Midwest Conference
    - Minnesota Intercollegiate AC
  - DIII Conferences N
    - NEICAAA
    - NESCAC
    - NEWMAC
    - NJAC

- - - North Coast AC
    - Northern Athletics Conference
    - Northwest Conference
    - NYSCTC
  - DIII Conferences O-S
    - Ohio Athletic Conference
    - Old Dominion AC
    - Presidents' Athletic Conf.
    - SCAC
    - SUNYAC
  - DIII Conferences T-Z
    - UAA
    - UMAC
    - Wisconsin Intercollegiate AC
  - NAIA
- Meet Results
- Performance Lists
  - NCAA Division I
    - 2009-10 DI Indoor POP - Men
    - 2009-10 DI Indoor POP - Women
    - DI Conferences A-C
      - America East
      - Atlantic Sun
      - Big East
      - Big Sky
      - Big South
      - Big Ten
      - Colonial
    - DI Conferences D-L
      - Horizon
      - Ivy League
    - DI Conferences M-Z
      - Metro Atlantic
      - Missouri Valley
      - Mountain West
      - MPSF
      - NEC
      - NEICAAA
      - Ohio Valley
      - Patriot League
      - Sun Belt
      - WAC
  - NCAA Division II
    - 2009-10 DII Indoor POP - Men
    - 2009-10 DII Indoor POP - Women
    - ECAC DIII
    - GLIAC
    - NEICAAA
    - Northeast-10
    - Northern Sun
    - PSAC
  - NCAA Division III
    - CUNYAC
    - DIII New England

- ECAC DIII
- Empire 8
- NEICAAA
- NYSCTC
- NAIA
  - 2009-10 NAIA Indoor POP - Men
  - 2009-10 NAIA Indoor POP - Women

# Meet Director Account Creation

- If you are not using TFRRS or DirectAthletics to collect online entries but need to upload results to TFRRS, use the form below to create an account for uploading performances to TFRRS.

| | | | |
|---|---|---|---|
| Username: | | check | |
| Password: | check | Repeat: | check |
| Email: | check | | |
| First Name: | check | Last Name: | check |
| Phone: | check | Fax: | |
| Address 1: | check | | |
| Address 2: | | | |
| City: | check | Choose State/Province  check  Zip: | |

Public Information:

- Email:
- Name:
- Timing Co./Affiliation:

This information will be displayed on meets you upload. If you don't provide it, the email & name from your account information will be used.

☐ By clicking the "Submit" button and creating a meet director/timer account, I agree to TFRRS' Terms of Use. I assert that I am a coach, meet host, meet director, or timer with legitimate involvement in the hosting of a college track & field meet. I represent that my contact information is accurate and that I am an official representative of the institution, business, organization, or entity I have entered. I understand that any roster data downloaded from TFRRS is strictly for the non-commercial use of meet directors and timers and cannot be used for purposes other than facilitating the administration of a track & field meet.

- PRIVACY /
- TERMS OF USE /
- CONTACT TFRRS

U.S. Track & Field And Cross Country Coaches Association
Powered by Direct Athletics

7/24/25, 11:55 AM   Case 2:24-cv-02736-JCZ-JVM   Document 24-2   Filed 07/24/25   Page 11 of 20
TFRRS | Track & Field Results Reporting System

The Wayback Machine - https://web.archive.org/web/20111204110348/http://www.tfrrs.org/create_account_director.html

USERNAME:  •••••••  GO    FORGOT YOUR LOGIN INFO?    CREATE NEW COACH ACCOUNT    DECEMBER 4 2011



**MEET DIRECTOR / TIMER INFORMATION**

HOME  TEAMS  CONFERENCES  MEET RESULTS  INDOOR LISTS  OUTDOOR LISTS

## Meet Director Account Creation

If you are not using TFRRS or DirectAthletics to collect online entries but need to upload results to TFRRS, use the form below to create an account for uploading performances to TFRRS.

User Information:  ✓Required

USERNAME:  ✓
PASSWORD:         REPEAT:  ✓
EMAIL:  ✓
FIRST NAME:  ✓   LAST NAME:  ✓
PHONE:  ✓   FAX:
ADDRESS 1:  ✓
ADDRESS 2:
CITY:  ✓   Choose State/Province ✓  ZIP:  ✓

Public Information:
EMAIL:
NAME:
TIMING CO./AFFILIATION:

This information will be displayed on meets you upload. If you don't provide it, the email & name from your account information will be used.

☐ By clicking the "Submit" button and creating a meet director/timer account, I agree to TFRRS' Terms of Use. I assert that I am a coach, meet host, meet director, or timer with legitimate involvement in the hosting of a college track & field meet. I represent that my contact information is accurate and that I am an official representative of the institution, business, organization, or entity I have entered. I understand that any roster data downloaded from TFRRS is strictly for the non-commercial use of meet directors and timers and cannot be used for purposes other than facilitating the administration of a track & field meet.

[SUBMIT]

PRIVACY / TERMS OF USE / CONTACT TFRRS
U.S. TRACK & FIELD AND CROSS COUNTRY COACHES ASSOCIATION



POWERED BY Direct Athletics
Copyright © 2010 Direct Athletics, Inc.

# Terms of Use

Please read the terms and conditions on this page ("Terms of Use"). If you don't wish to abide by these Terms of Use (or to the Privacy Policy and any disclaimers posted elsewhere on the site) then you may not use this site. These Terms of Use may change from time to time so please check them periodically as a condition to your continued use of the site.

## COPYRIGHT

All content included on this site, including graphics, text, images, logos, button icons, images, and all related code (including but not limited to HTML, other mark-up languages, and all scripts), as well as the compilation of the content, roster data, meet results and performance lists, is the property of DirectAthletics, Inc. and/or its licensors and is protected by U.S. and international copyright laws. Any unauthorized use of these materials may violate copyright, trademark or other laws.

## TRADEMARKS

TFRRS, TFRRS.org, TFRRS.com, TFRRS.net, DirectAthletics, DirectAthletics.com, and the DirectAthletics and TFRRS logos are all trademarks of DirectAthletics, Inc. Our trademarks may not be used (a) to identify products or services that are not DirectAthletics' or TFRRS', (b) in any manner likely to cause confusion, (c) in or as a part of your own trademarks, (d) in a manner that implies DirectAthletics or TFRRS sponsors or endorses your products or services or (e) in any manner that disparages or discredits DirectAthletics or TFRRS.

## USE OF TFRRS ROSTER DATA AND MATERIALS

Any commercial or promotional distribution, publishing or exploitation of the TFRRS roster data, roster names, roster teams, roster years, TFRRS IDs, site, or any content, code, data or materials on the TFRRS site, is strictly prohibited unless you have

**EXHIBIT 3**

received the express prior written permission from authorized personnel of DirectAthletics, Inc. or the otherwise applicable rights holder. Other than as expressly allowed herein, you may not download, post, display, publish, copy, reproduce, distribute, transmit, modify, perform, broadcast, transfer, create derivative works from, sell or otherwise exploit any content, code, data or materials on or available through the TFRRS web site. You further agree that you may not alter, edit, delete, remove, otherwise change the meaning or appearance of, or repurpose, any of the content, code, data, or other materials on or available through the Web Site, including, without limitation, the alteration or removal of any trademarks, trade names, logos, service marks, or any other proprietary content or proprietary rights notices. You acknowledge that you do not acquire any ownership rights by downloading any roster data or copyrighted material from or through TFRRS web site. If you make other use of the TFRRS web site, or the content, code, data or materials thereon or available through the TFRRS web site, except as otherwise provided above, you may violate copyright and other laws of the United States, other countries, as well as applicable state laws and may be subject to liability for such unauthorized use.

This site may contain links to web sites operated by third parties. TFRRS provides these links for your convenience only. We do not control such web sites and are not responsible for their contents. TFRRS' inclusion of links to such web sites does not imply any endorsement of the materials on such web site or any association with their operators. You may not state or imply any sponsorship or endorsement of your site by DirectAthletics, unless you have received our written approval to do so. You may use the TFRRS logo in order to create a link to TFRRS from your web site. This is a limited license to use the TFRRS logo solely for the purpose of creating such link. You may not vary the appearance of the logo, or any trademarks used in connection with the logo, in any way. You may not use on your site any TFRRS trademarks, service marks or copyrighted materials or frame or otherwise incorporate any portion of the TFRRS site into another website. In addition to the limited license to use the TFRRS logo, you can download our graphics and text for personal use, but you're not allowed to use them for commercial purposes or public display. You are not permitted to download any other DirectAthletics material, including code or software, for any purposes whatsoever. You may not modify, copy, reproduce, republish, upload, post, transmit or distribute the TFRRS materials in any way. Before you use any of the TFRRS materials or roster data for commercial purposes, you must receive DirectAthletics' express written consent. In order to obtain that consent, please send an e-mail to info@directathletics.com. This decision will be made at DirectAthletics' sole discretion. If you do use TFRRS' materials, you may not remove any copyright or proprietary notices from the materials and you must comply with any proprietary notice guidelines on this site.

You agree that you will not use any robot, spider, scraper, or other automated means to access the sites for any purpose without our express written permission. You agree that you will not incorporate TFRRS functionality into any website or web service without our express written permission. You agree that you will not attempt to allow others to login to TFRRS from any website not authorized by TFRRS.

**DATA SUBMISSIONS**

By posting messages, uploading files or inputting data on the site, you grant (or represent and warrant that the owner of such information grants) TFRRS a royalty-free, perpetual, non-exclusive, worldwide license to use, copy, modify, adapt, transmit, translate, create derivative works from or display any of the information and sublicense to third parties the unrestricted right to exercise any of the foregoing rights granted with respect to such information. While DirectAthletics does not monitor the messages, information, files or data posted on the site or transmitted using the site, it may edit, refuse to post or remove any information or materials, in whole or part, that in DirectAthletics' sole discretion are objectionable, in violation of these Terms of Use, or for any other reason. You agree not to use the site: (1) in connection with chain letters, junk e-mail, junk phone messages, junk faxes, spamming, or any duplicative or unsolicited messages (commercial or otherwise); (b) to harvest or otherwise collect information about others, including e-mail addresses, without their consent; (3) to create a false identity or forged e-mail, telephone, or facsimile address or header, or otherwise attempt to mislead others as to the identity of the sender or the origin of the message; (4) to transmit unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, or otherwise objectionable material of any kind or nature; (5) to transmit any material that may infringe the intellectual property rights or other rights of third parties, including trademark, copyright, or right of publicity; (6) to libel, defame or slander any person or entity, or infringe any person's publicity or privacy rights; (7) to transmit any material that contains viruses, trojan horses, worms, time bombs, cancelbots, or any other harmful or deleterious programs; (8) to violate any U.S. law regarding the transmission of technical data or software exported from the United States; (9) to attempt to gain unauthorized access to the site, other accounts, computer systems, or networks connected to the site, through password mining or any other means; (10) to interfere with another person's use and enjoyment of the site or another entity's use and enjoyment of similar services; (11) to engage in any other activity that DirectAthletics reasonably believes could subject it to criminal liability or civil penalty or judgment. You will defend and indemnify DirectAthletics

and any of its suppliers, partners or affiliates for any loss or damage they may suffer as a result of your breach of this provision.

**DISCLAIMER**

THIS SITE, INCLUDING ANY CONTENT OR INFORMATION CONTAINED WITHIN IT OR ANY SITE-RELATED SERVICE, IS PROVIDED "AS IS" WITH NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING (BUT NOT LIMITED TO) THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NONINFRINGEMENT. IN PARTICULAR (BUT WITHOUT LIMITATION), DIRECTATHLETICS DOES NOT WARRANT THAT THE FUNCTIONS CONTAINED IN THE MATERIALS ON THE SITE WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE SITE OR THE SERVER THAT MAKES THEM AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. DIRECTATHLETICS DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE MATERIALS IN THE SITE, IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. YOU (AND NOT DIRECTATHLETICS) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION. YOU ASSUME TOTAL RESPONSIBILITY AND RISK FOR YOUR USE OF THIS SITE AND ALL SITE-RELATED SERVICES. IN PARTICULAR (BUT WITHOUT LIMITATION), DIRECTATHLETICS IS NOT RESPONSIBLE FOR THE CONTENT OF ANY SITES THAT MAY BE LINKED TO THIS SITE. THE LINKED SITES ARE FOR YOUR CONVENIENCE ONLY, AND YOU ACCESS THEM AT YOUR OWN RISK.

**APPLICABLE LAW AND JURISDICTION**

This site is created and controlled by DirectAthletics in the Commonwealth of Massachusetts, USA. DirectAthletics makes no representation that materials in this site are appropriate or available for use in other locations. If you access this site from another location, you do so on your own initiative and are responsible for compliance with local laws, if and to the extent they are applicable. By accessing this site, you and

DirectAthletics both agree the laws of the Commonwealth of Massachusetts will govern all matters relating to this site, without giving effect to any principles of conflicts of laws. You also consent to the exclusive jurisdiction and venue of the state and federal courts of the Commonwealth of Massachusetts in all disputes arising out of or relating to the use of this site. If any provision of these Terms of Use shall be unlawful, void or for any reason unenforceable, then that provision shall be deemed severable from these Terms of Use and shall not affect the validity and enforceability of any remaining provisions. This is the entire agreement between the parties relating to the matters contained herein and shall not be modified, except in writing.

Please read the terms and conditions on this page ("Terms of Use"). If you don't wish to abide by these Terms of Use (or to the Privacy Policy and any disclaimers posted elsewhere on the site) then you may not use this site. These Terms of Use may change from time to time so please check them periodically as a condition to your continued use of the site.

## COPYRIGHT

All content included on this site, including graphics, text, images, logos, button icons, images, and all related code (including but not limited to HTML, other mark-up languages, and all scripts), as well as the compilation of the content, roster data, meet results and performance lists, is the property of DirectAthletics, Inc. and/or its licensors and is protected by U.S. and international copyright laws. Any unauthorized use of these materials may violate copyright, trademark or other laws.

## TRADEMARKS

TFRRS, TFRRS-XC,TFRRS.org, TFRRS.com, TFRRS.net, Track & Field Results Reporting System,DirectAthletics, DirectAthletics.com, and the DirectAthletics and TFRRS logos are all trademarks of DirectAthletics, Inc. Our trademarks may not be used (a) to identify products or services that are not DirectAthletics' or TFRRS', (b) in any manner likely to cause confusion, (c) in or as a part of your own trademarks, (d) in a manner that implies DirectAthletics or TFRRS sponsors or endorses your products or services or (e) in any manner that disparages or discredits DirectAthletics or TFRRS.

## USE OF TFRRS ROSTER DATA AND MATERIALS

Any commercial or promotional distribution, publishing or exploitation of the TFRRS meet results, performance lists, roster data, roster names, roster teams, roster years, DirectAthletics IDs, TFRRS IDs, site, or any content, code, data or materials on the TFRRS site, is strictly prohibited unless you have received the express prior written permission from authorized personnel of DirectAthletics, Inc. or the otherwise applicable rights holder. Other than as expressly allowed herein, you may not download, post, display, publish, copy, reproduce, distribute, transmit, modify, perform, broadcast, transfer, create derivative works from, sell or otherwise exploit any content, code, data or materials on or available through the TFRRS web site. You further agree that you may not alter, edit, delete, remove, otherwise change the meaning or appearance of, or repurpose, any of the content, code, data, or other materials on or available through the Web Site, including, without limitation, the alteration or removal of any trademarks, trade names, logos, service marks, or any other proprietary content or proprietary rights notices. You acknowledge that you do not acquire any ownership rights by downloading any meet results, performance lists, or roster data or copyrighted material from or through the TFRRS web site. If you make other use of the TFRRS web site, or the content, code, data or materials thereon or available through the TFRRS web site, except as otherwise provided above,

**EXHIBIT 4**

you may violate copyright and other laws of the United States, other countries, as well as applicable state laws and may be subject to liability for such unauthorized use.

This site may contain links to web sites operated by third parties. DirectAthletics provides these links for your convenience only. We do not control such web sites and are not responsible for their contents. DirectAthletics' inclusion of links to such web sites does not imply any endorsement of the materials on such web site or any association with their operators. You may not state or imply any sponsorship or endorsement of your site by DirectAthletics, unless you have received our written approval to do so. You may use the TFRRS logo in order to create a link to TFRRS from your web site. This is a limited license to use the TFRRS logo solely for the purpose of creating such link. You may not vary the appearance of the logo, or any trademarks used in connection with the logo, in any way. You may not use on your site any TFRRS trademarks, service marks or copyrighted materials or frame or otherwise incorporate any portion of the TFRRS site into another website. In addition to the limited license to use the TFRRS logo, you can download our graphics and text for personal use, but you're not allowed to use them for commercial purposes or public display. You are not permitted to download any other TFRRS material, including code or software, for any purposes whatsoever. You may not modify, copy, reproduce, republish, upload, post, transmit or distribute the TFRRS materials in any way. Before you use any of the TFRRS materials or roster data for commercial purposes, you must receive DirectAthletics' express written consent. In order to obtain that consent, please send an e-mail to info@directathletics.com. This decision will be made at DirectAthletics' sole discretion. If you do use TFRRS' materials, you may not remove any copyright or proprietary notices from the materials and you must comply with any proprietary notice guidelines on this site. You agree that you will not use any robot, spider, scraper, or other automated means to access the sites for any purpose without our express written permission. You agree that you will not incorporate TFRRS functionality into any website or web service without our express written permission. You agree that you will not attempt to allow others to login to TFRRS from any website not authorized by DirectAthletics.

## DATA SUBMISSIONS

By posting messages, uploading files or inputting data on the site, you grant (or represent and warrant that the owner of such information grants) TFRRS a royalty-free, perpetual, non-exclusive, worldwide license to use, copy, modify, adapt, transmit, translate, create derivative works from or display any of the information and sublicense to third parties the unrestricted right to exercise any of the foregoing rights granted with respect to such information. While DirectAthletics does not monitor the messages, information, files or data posted on the site or transmitted using the site, it may edit, refuse to post or remove any information or materials, in whole or part, that in DirectAthletics' sole discretion are objectionable, in violation of these Terms of Use, or for any other reason. You agree not to use the site: (1) in connection with chain letters, junk e-mail, junk phone messages, junk faxes, spamming, or any duplicative or unsolicited messages (commercial or otherwise); (b) to harvest or otherwise collect information about others, including e-mail addresses, without their consent; (3) to create a false identity or forged e-mail, telephone, or facsimile address or header, or otherwise

attempt to mislead others as to the identity of the sender or the origin of the message; (4) to transmit unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, or otherwise objectionable material of any kind or nature; (5) to transmit any material that may infringe the intellectual property rights or other rights of third parties, including trademark, copyright, or right of publicity; (6) to libel, defame or slander any person or entity, or infringe any person's publicity or privacy rights; (7) to transmit any material that contains viruses, trojan horses, worms, time bombs, cancelbots, or any other harmful or deleterious programs; (8) to violate any U.S. law regarding the transmission of technical data or software exported from the United States; (9) to attempt to gain unauthorized access to the site, other accounts, computer systems, or networks connected to the site, through password mining or any other means; (10) to interfere with another person's use and enjoyment of the site or another entity's use and enjoyment of similar services; (11) to engage in any other activity that DirectAthletics reasonably believes could subject it to criminal liability or civil penalty or judgment. You will defend and indemnify DirectAthletics and any of its suppliers, partners or affiliates for any loss or damage they may suffer as a result of your breach of this provision.

## DISCLAIMER

THIS SITE, INCLUDING ANY CONTENT OR INFORMATION CONTAINED WITHIN IT OR ANY SITE-RELATED SERVICE, IS PROVIDED "AS IS" WITH NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING (BUT NOT LIMITED TO) THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NONINFRINGEMENT. IN PARTICULAR (BUT WITHOUT LIMITATION), DIRECTATHLETICS DOES NOT WARRANT THAT THE FUNCTIONS CONTAINED IN THE MATERIALS ON THE SITE WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE SITE OR THE SERVER THAT MAKES THEM AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. DIRECTATHLETICS DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE MATERIALS IN THE SITE, IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. YOU (AND NOT DIRECTATHLETICS) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION. YOU ASSUME TOTAL RESPONSIBILITY AND RISK FOR YOUR USE OF THIS SITE AND ALL SITE-RELATED SERVICES. IN PARTICULAR (BUT WITHOUT LIMITATION), DIRECTATHLETICS IS NOT RESPONSIBLE FOR THE CONTENT OF ANY SITES THAT MAY BE LINKED TO THIS SITE. THE LINKED SITES ARE FOR YOUR CONVENIENCE ONLY, AND YOU ACCESS THEM AT YOUR OWN RISK.

## APPLICABLE LAW AND JURISDICTION

This site is created and controlled by DirectAthletics in the Commonwealth of Massachusetts, USA.

DirectAthletics makes no representation that materials in this site are appropriate or available for use in other locations. If you access this site from another location, you do so on your own initiative and are responsible for compliance with local laws, if and to the extent they are applicable. By accessing this site, you and DirectAthletics both agree the laws of the Commonwealth of Massachusetts will govern all matters relating to this site, without giving effect to any principles of conflicts of laws. You also consent to the exclusive jurisdiction and venue of the state and federal courts of the Commonwealth of Massachusetts in all disputes arising out of or relating to the use of this site. If any provision of these Terms of Use shall be unlawful, void or for any reason unenforceable, then that provision shall be deemed severable from these Terms of Use and shall not affect the validity and enforceability of any remaining provisions. This is the entire agreement between the parties relating to the matters contained herein and shall not be modified, except in writing.