UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES TRACK & FIELD AND CROSS COUNTRY COACHES ASSOCIATION<br>    Plaintiff, | *<br>*<br>*<br>*<br>*<br>* | Civil Action No.:<br>2:24-cv-2736-JCZ-JVM |
| VERSUS | *<br>* | District Judge : Zainey |
| FLOSPORTS, INC. AND DIRECTATHLETICS, INC.<br>    Defendants. | *<br>*<br>*<br>* | Magistrate Judge: van Meerveld<br><br>JURY DEMANDED |

*********************************************************************

## ORDER

Considering the Motion for Leave to Supplement the Record of the Rule 12(b)(3) Motion to Transfer under 28 U.S.C. § 1404(a) submitted by Defendants, FloSports, Inc. and DirectAthletics, Inc.,

IT IS ORDERED that the Motion shall be and hereby is GRANTED and the attached declaration and exhibits shall be filed into the record of this matter.

New Orleans, Louisiana, this 26th day of August, 2025.

_____
HON. JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE