UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES TRACK & FIELD AND CROSS COUNTRY COACHES ASSOCIATION<br>    Plaintiff, | * * * * * * | Civil Action No.:<br>2:24-cv-2736-JCZ-JVM |
| VERSUS | * * | District Judge: Zainey |
| FLOSPORTS, INC. AND DIRECTATHLETICS, INC.<br>    Defendants. | * * * * | Magistrate Judge: van Meerveld<br><br>JURY DEMANDED |

*************************************************************************

## ORDER

Considering Defendants' Unopposed Motion for Extension of Time to File a Response to Plaintiff's Amended Complaint,

IT IS ORDERED that Defendants be granted an extension through and including September 23, 2025 in which to file a response to Plaintiff's Amended Complaint.

New Orleans, Louisiana, this __9th__ day of __September__ 2025.

_____
JUDGE