UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES TRACK & FIELD AND CROSS COUNTRY COACHES ASSOCIATION<br>      Plaintiff, | * * * * * | Civil Action No.:<br>2:24-cv-2736-JCZ-JVM |
| VERSUS | * * | District Judge: Zainey |
| FLOSPORTS, INC. and DIRECTATHLETICS, INC.<br>      Defendants. | * * * * | Magistrate Judge: van Meerveld |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

**CONSIDERING THE FOREGOING** *Ex Parte* Motion for Extension of Time to File Pleadings in Response to Counterclaim submitted by Plaintiff;

**IT IS ORDERED** that the Motion is hereby **GRANTED** and Plaintiff's deadline to file responsive pleadings is extended to **November 4, 2025**.

New Orleans, Louisiana this __10th__ day of October, 2025.

_____
JUDGE