**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES TRACK & FIELD AND CROSS COUNTRY COACHES ASSOCIATION**

**v.**

**FLOSPORTS INC**

**CIVIL ACTION**

**NO: 24-2736**

**SECTION: C (1)**

# ORDER OF DISMISSAL

Having been advised by counsel that this case has settled;

**IT IS ORDERED** that this action is dismissed, subject to reopening upon good cause shown to enforce settlement if same is not perfected within sixty (60) days. The Court retains jurisdiction for all purposes. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall file a joint stipulation of dismissal according to Fed. R. Civ. P. 41(a)(1)(A)(ii).

New Orleans, Louisiana, this 5th day of May 2026

WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE